# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

Marilyn Kelly,
Chief Justice

140017(41)

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

GAYLORD GENAW, JR., Personal
Representative of the Estate of Gaylord
Genaw, Sr.,
          Plaintiff-Appellee,

v

                      SC: 140017
                      COA: 284214
                      St Clair PC: 07-000069-CZ

CINDY GENAW,
          Defendant,
and

UNUM LIFE INSURANCE COMPANY,
          Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 4, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, C.J., would grant reconsideration.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010                         _____
d1213                                         Clerk